UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANGELA MARIE EVANS | ) | CASE NO. 10-05038-JKC |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | |

## NOTICE OF ADDRESS CHANGE

Comes now Debtor, Angela Evans, by counsel, and advises the Court of her new mailing address:

Old Address:    1231 King Maple Drive
Greenfield, IN 46140

New Address:    402 W. Osage
Greenfield, IN 46140

By: /s/ Andrew Sawin
Sawin, Shea & Des Jardines LLC
Attorneys for Debtor(s)
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN  46220-2430
ecf@sawinlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

U.S. Trustee

Ch 13 Trustee

August 16, 2013                                /s/ Andrew Sawin